IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RITVA RAUHALA, individually and on behalf of all others similarly situated** | : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **GREATER NEW YORK MUTUAL INSURANCE COMPANY** | : : | **NO. 22-1788** |

## ORDER

**NOW,** this 31st day of October, 2022, upon consideration of the Plaintiff's Motion for Remand Pursuant to 28 U.S.C. § 1447(c) (Doc. No. 13), the defendant's response, and the plaintiff's reply, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.