**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RITVA RAUHALA, individually and on behalf of all others similarly situated** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GREATER NEW YORK** | : | |
| **MUTUAL INSURANCE COMPANY** | : | **NO. 22-1788** |

## ORDER

**NOW,** this 31st day of October, 2022, upon consideration of Defendant Greater New York Mutual Insurance Company's Motion to Change Venue (Doc. No. 12), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Southern District of New York.

_____
TIMOTHY J. SAVAGE, J.